**Petition for Writ of Mandamus Denied and Memorandum Opinion filed February 13, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00091-CR

## IN RE OMARI CHAMBERS, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1626262**

## MEMORANDUM OPINION

On January 30, 2020, relator Omari Chambers filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Hazel B. Jones, presiding judge of the 174th District Court of Harris County, to provide relator with the appellate record in his appeal from his conviction for manslaughter, which is pending in this court, so that he can file a pro se appellant's brief.

Relator has court-appointed appellate counsel representing him in his appeal from the manslaughter conviction. A criminal defendant is not entitled to hybrid representation, and the trial court is free to disregard any pro se motions filed by a defendant who is represented by counsel. *Jenkins v. State*, No. PD-0086-18, 2018, — S.W.3d —, WL 6332219, at*6 n.47 (Tex. Crim. App. Dec. 5, 2018); *Robinson v. State*, 240 S.W.3d 919, 222 (Tex. Crim. App. 2007). In the absence of a right to hybrid representation, relator has not presented anything for this court's consideration. *See Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995); *Turner v. State*, 805 S.W.3d 423, 425 n.1 (Tex. Crim. App. 1991). Moreover, because relator has court-appointed appellate counsel, he is not entitled to his own copy of the appellate record. *See Read v. Naylor*, No. 02-19-00003-CV, 2019 WL 4010223, at *3 (Tex. App.—Fort Worth Aug.26, 2019, no pet.) (mem. op.) (stating that, because appellant has appointed counsel during his direct appeal, he was not entitled to his own copy of the appellate record during that case).

Relator has not shown that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.
Do Not Publish — Tex. R. App. P. 47.2(b).

2